PER CURIAM.

(No. 75-CC-1007—

MULTIGRAPHICS DIVISION, ADDRESSOGRAPH-MULTIGRAPH CORP., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 13, 1975.*

MULTIGRAPHICS DIVISION, ADDRESSOGRAPH-MULTI-GRAPH CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-1011—

ELAINE REVELL, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed May 13, 1975.*

ELAINE REVELL, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.